# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH R. CELLURA, AN INDIVIDUAL; MICHAEL F. GHISELLI, AN INDIVIDUAL; AND TARSIN MOBILE INC.,

Appellants,

vs.

27 HEALTH HOLDINGS CORP., A NEVADA CORPORATION, F/K/A LORD GLOBAL CORPORATION, SUCCESSOR TO BIG FOOT PROJECTS INVESTMENT INC.,

Respondent.

No. 84912

**FILED**

OCT 2 4 2022


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

## *ORDER DISMISSING APPEAL AS ABANDONED*

After the settlement judge reported that the parties had agreed to a settlement, this court entered an order directing appellants to file a stipulation or motion to dismiss this appeal or otherwise inform this court of the status of this appeal within 30 days. To date, appellants have not responded to our order or otherwise communicated with this court. Accordingly, cause appearing, we dismiss this appeal as abandoned.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Nancy L. Allf, District Judge
James A. Kohl, Settlement Judge
Brandon L. Phillips, Attorney At Law, PLLC
Hutchison & Steffen, LLC/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

22-33401